| | |
|---|---|
| Joseph E. Shickich, Jr.<br>RIDDELL WILLIAMS P.S.<br>1001 4th Ave Ste 4500<br>Seattle WA 98154-1192<br>(206) 624-3600 Telephone<br>(206) 389-1708 Facsimile<br>Counsel to the Chapter 11 Trustee | Honorable Bryan D. Lynch<br>Chapter 11<br>Location: Tacoma |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>ZACHARY MILLER and JENNIFER MILLER,<br><br>Debtors. | Case No. 10-44958-BDL<br><br>**NOTICE OF AUCTION AND SALE OF ASSETS AND OPPORTUNITY TO OBJECT** |

NOTICE IS HEREBY GIVEN that an Order (the "Sale Order") was entered by the above referenced Bankruptcy Court on December 1, 2010 under Docket Number 88. The Sale Order (i) authorizes and approves sale (the "Sale") of substantially all of the Estate's stock (the "Stock") outside of the ordinary course of business; (ii) authorizes the Trustee to conduct an auction sale (the "Auction") of the Stock and fixes a time and place for the Auction; (iii) sets procedures (the "Bidding Procedures") related to the Auction; (iv) fixes the manner and extend of notice of sale and opportunity to bid for Stock; and (v) schedules a hearing for presentation of the Auction results and approval of the Sale.

YOU ARE FURTHER NOTIFIED that, among other provisions, the Sale Order provides that the Auction of the Debtors' Stock will be conducted at 10:00 a.m. prevailing Pacific Time on December 14, 2010, at the offices of Debtors' counsel,

NOTICE OF AUCTION AND SALE OF ASSETS (NO. 10-44958-BDL) – 1
4837-7358-3880.01
120110/1529/64448.00001

Riddell Williams P.S.
1001 4TH AVE STE 4500
SEATTLE WA 98154-1192
(206) 624-3600

Case 10-44958-BDL    Doc 89    Filed 12/01/10    Entered 12/01/10 16:02:27    Page 1 of 4

Riddell Williams P.S., 1001 Fourth Avenue, Suite 4500, Seattle, Washington. In order to be qualified to bid at the Auction, bidders must deliver to Debtors' counsel, not later than 4:00 p.m. on December 9, 2010, a written overbid of not less than at least three percent (3%) above the Purchaser's offer. The offers to purchase the Stock have been made by Sebastian Brost, Emmett Brost, Paul Moorhead, Joel Moorhead, Peter Marthedal, Luke Marthedal, and Jonathan Howe (collectively "Purchasers"), as set forth on the chart that is attached to this Notice as Exhibit A.

YOU ARE FURTHER NOTIFIED that all sales of the Stock shall be on an "as is, where is" basis and without representations or warranties of any kind, nature or description by the Trustee or any other party in interest. All of the Estate's right, title and interest in and to the respective Stock shall be sold free and clear of all known pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon (collectively, the "Transferred Liens"), such Transferred Liens to attach to the net proceeds of the sale of such Stock, unless expressly assumed as part of the transaction. All bids submitted at the Auction must be for cash, payable in full at closing, or upon such terms as are acceptable to Trustee, and without any contingencies or conditions to closing, including but not limited to financing or due diligence.

YOU ARE FURTHER NOTIFIED that a hearing to approve the results of the Auction and to approve the Sale (the "Sale Hearing") has been set for 9:30 a.m. December 15, 2010 at the United States Courthouse, Courtroom of the Honorable Bryan D. Lynch, 1717 Pacific Avenue, Tacoma, Washington 98402. At the Sale Hearing, the Trustee shall present the Winning Bid(s) for the Stock to the Bankruptcy Court for approval.

YOU ARE FURTHER NOTIFIED that if you object to the Sale, you must file written objection with the Court and serve a copy of your objection on the

NOTICE OF AUCTION AND SALE OF ASSETS (NO. 10-44958-BDL) – 2
4837-7358-3880.01
120110/1529/64448.00001

Riddell Williams P.S.
1001 4TH AVE STE 4500
SEATTLE WA 98154-1192
(206) 624-3600

Case 10-44958-BDL    Doc 89    Filed 12/01/10    Entered 12/01/10 16:02:27    Page 2 of 4

undersigned, counsel for the Official Committee of Unsecured Creditors, counsel for the United States Trustee and all other parties requesting special notice in this case, not later than 4:00 p.m. prevailing Pacific Time on December 14, 2010.

YOU ARE FURTHER NOTIFIED that the Sale Order contains additional provisions concerning the Sale and affecting the rights of parties to bid at the Auction. A copy of the Sale Order may be obtained from the Clerk of the Bankruptcy Court, or by contacting Courtney Tracy at Riddell Williams P.S., (206) 389-1736, email ctracy@riddellwilliams.com.

DATED: December 1, 2010

RIDDELL WILLIAMS P.S.

By: _____
Joseph E. Shickich, Jr., WSBA #8751
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708

Attorneys for Chapter 11 Trustee

NOTICE OF AUCTION AND SALE OF ASSETS (NO. 10-44958-BDL) – 3
4837-7358-3880.01
120110/1529/64448.00001

Riddell Williams P.S.
1001 4TH AVE STE 4500
SEATTLE WA 98154-1192
(206) 624-3600

Case 10-44958-BDL    Doc 89    Filed 12/01/10    Entered 12/01/10 16:02:27    Page 3 of 4

## EXHIBIT A

| Stock | Percentage | Buyers | Price | Cash at Closing | Note Balance | Term-Months | Interest |
|---|---|---|---|---|---|---|---|
| NWRE | 75% | S. Brost | $1,300,000.00 | $800,000.00 | $500,000.00 | 24 | 5% |
| Iowa Pizza | 25% | S. Brost | $100,000.00 | $40,000.00 | $60,000.00 | 24 | 5% |
| | | P. Moorhead | | | | | |
| | | J. Moorhead | | | | | |
| Peninsula | 25% | S. Brost | $50,000.00 | $25,000.00 | $25,000.00 | 12 | 5% |
| | | P. Marthedal | | | | | |
| North Sound | 25% | S. Brost | $15,000.00 | $0.00 | $15,000.00 | 12 | 5% |
| | | E. Brost | | | | | |
| Southeast Pizza | 25% | S. Brost | $100,000.00 | $0.00 | $100,000.00 | 30 | 5% |
| | | L. Marthedal | | | | | |
| | | J. Howe | | | | | |
| Midwest | 25% | S. Brost | $100,000.00 | $100,000.00 | $0.00 | 0 | |
| TOTAL | | | $1,665,000.00 | $965,000.00 | $700,000.00 | | |

NOTICE OF AUCTION AND SALE OF ASSETS (NO. 10-44958-BDL) – 4
4837-7358-3880.01
120110/1529/64448.00001

Riddell Williams P.S.
1001 4TH AVE STE 4500
SEATTLE WA 98154-1192
(206) 624-3600

Case 10-44958-BDL    Doc 89    Filed 12/01/10    Entered 12/01/10 16:02:27    Page 4 of 4